Henry Anthony **BAKER**, Plaintiff—Appellant,

v.

Larry **MULLINS**, IHO; Lieutenant Fowler; S. Shortridge, Operating Officer; T. Wood, Sergeant; A. Kilbourne, Sergeant; Correctional Officer Comer; J. Butts, Correctional Officer; J.

**Boyd, Correctional Officer; R. Fleming, Correctional Officer; M. Mullins, Correctional Officer, Defendants—Appellees.**

No. 05–7466.

United States Court of Appeals,
Fourth Circuit.

Submitted April 17, 2006.

Decided May 2, 2006.

Henry Anthony Baker, Appellant Pro Se.

Before LUTTIG and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Henry Anthony Baker appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint pursuant to 28 U.S.C. § 1915A (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Baker v. Mullins,* No. CA–05–466–7 (W.D.Va. Aug. 26, 2005). We deny Baker's motion for appointment of counsel, and we find no error in the district court's refusal to do so. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*